UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ATTORNEY(S) CRUMILLER PC
222 BROADWAY, 19TH FLOOR NEW YORK, NY 10038 |
PH: (212) 390-8480

Civil Number: 20-CV-7787
Date Filed: 09-24-2020
Court Date:

**Robynn Europe**

*Plaintiff*

VS

**Equinox Holdings, Inc. d/b/a Equinox Fitness Club, et al**

*Defendant*

STATE OF NEW YORK, COUNTY OF WESTCHESTER, SS.:

**AFFIDAVIT OF SERVICE**

Naeem Price, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on **10/5/2020**, at **7:41 PM** at **22 Lambert Road, White Plains, NY 10605**, Deponent served the within **Summons in a Civil Action and Complaint**, with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **Adam Gecht**, Defendant therein named, ( hereinafter referred to as "subject").

By delivering a true copy of each to said subject **personally**; Deponent knew the person so served to be the person described in as said subject therein. A description of is as follows:

**Sex**: Male   **Color of skin**: White   **Color of hair:** Black   **Age**: 36-50
**Height**: 5ft9in-6ft0in   **Weight**: 161-200 Lbs.   **Other** :

I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or of the State of NEW YORK in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of NEW YORK State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me on October 7, 2020

Ellen Eakley
Notary Public - State of New York
No. 01EA5085889; Qualified in Westchester County
My Commission Expires September 29, 2021

Client's File No.:

Process Server, Please Sign
Naeem Price
Lic#
Job #: 2022283

*INTER COUNTY JUDICIAL SERVICES, LLC, 85 WILLIS AVENUE STE. F, MINEOLA, NY 11501 LICENSE # 1371771*