UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBYNN EUROPE,

                Plaintiff,

-against-

EQUINOX HOLDINGS, INC. d/b/a EQUINOX FITNESS CLUB, EQUINOX EAST 92nd STREET, INC., JOSE TAVERAS, *individually*, CHRISTOPHER MALTMAN, *individually*, and ADAM GECHT, *individually*,

                Defendants.

Case No.: 1:20-cv-07787 (JGK)

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned, as counsel for Defendant Equinox Holdings, Inc. ("Defendant") hereby states that Defendant's parent corporation is Related Equinox Holdings II, LLC, and there are no publicly held corporations that own 10% or more of Defendant's stock.

Respectfully submitted,

JACKSON LEWIS P.C.
666 Third Avenue
New York, New York 10017
(212) 545-4000

By: _____
Jason A. Zoldessy
Gregory S. Slotnick

ATTORNEYS FOR DEFENDANTS

Dated: November 12, 2020
       New York, New York