UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBYNN EUROPE,                                  20 Civ. 7787 (JGK)

                Plaintiff,            ORDER

- against -

EQUINOX HOLDINGS, INC. ET AL.,

                Defendants.

JOHN G. KOELTL, District Judge:

    USDS SDNY
    DOCUMENT
    ELECTRONICALLY FILED
    DOC #: _____
    DATE FILED: 11/13/2020

    The parties are directed to file a Rule 26(f) report by November 30, 2020.

SO ORDERED.

Dated:    New York, New York
           November 13, 2020

                                                /s/ John G. Koeltl
                                                John G. Koeltl
                                       United States District Judge