**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────────────

**ROBYNN EUROPE,**

               Plaintiff,            20-cv-7787 (JGK)

    - against -                  <u>ORDER</u>

**EQUINOX HOLDINGS, INC. ET AL.,**

               Defendants.
────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The parties are directed to provide the Court with a status report by March 12, 2021.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **March 1, 2021**                  /s/ John G. Koeltl
                                                **John G. Koeltl**
                                  **United States District Judge**