UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

RÖBYNN EUROPE,

                Plaintiff,

                v.

EQUINOX HOLDINGS, INC. d/b/a EQUINOX
FITNESS CLUB, EQUINOX EAST 92nd
STREET, INC., JOSE TAVERAS, *individually*,
CHRISTOPHER MALTMAN, *individually*, and
ADAM GECHT, *individually*,

                Defendants.
-----------------------------------------------------------X

Case No. 20-cv-7787 (JGK)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE,** that Elior D. Shiloh, Esq. of Lewis Brisbois Bisgaard & Smith LLP hereby appears as attorney for the Defendant Adam Gecht and requests that all papers be served upon him and all communications herein be directed to him.

Dated:      New York, New York
               June 11, 2021

                                         **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                              BY:      /s/ Elior D. Shiloh
                                          Elior D. Shiloh
                                          *Attorneys for Defendant Gecht*
                                          77 Water Street, Suite 2100
                                          New York, NY  10005
                                          (212) 232-1300
                                          Elior.Shiloh@lewisbrisbois.com

## **CERTIFICATE OF SERVICE**

Elior D. Shiloh, an attorney duly admitted to practice before this Court, certifies that on June 11, 2021 he caused his Notice of Appearance to be filed and served by ECF.

                                                              /s/ Elior D. Shiloh
                                                                Elior D. Shiloh