

# CRUMILLER P.C.

July 23, 2021

*Via ECF*
Judge John G. Koeltl
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/2021
```

RE: *Europe v. Equinox, et al.* – Case No. 20-CV-7787 (JGK)

Dear Judge Koeltl:

This firm represents the Plaintiff, Röbynn Europe, in the above-referenced matter. Pursuant to Your Honor's Individual Practices in Civil Cases, the parties hereby submit this joint letter to request that (1) the close of fact discovery be extended by thirty days, from July 30, 2021, to August 30, 2021; (2) the deadline for depositions to be completed be extended from July 30, 2021, to August 30, 2021, and (3) the close of expert discovery be extended from September 30, 2021, to October 30, 2021.

This is the parties' second request for an extension of discovery deadlines – the first was a request to extend the deadline from May 20, 2021 to July 30, 2021 was granted by the Court.

The parties are in agreement that these extensions are necessary in order to complete depositions and document production. All remaining depositions except two have now been scheduled for dates between now and August 30, 2021, and the parties are working to get those scheduled asap. The parties are also working in good faith to complete document production and to iron out any remaining conflicts regarding same.

We thank the Court in advance for its consideration.

Respectfully Submitted,

APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
7/26/21

CRUMILLER P.C.
/s/
By: Chloe Liederman
16 Court St., Ste. 2500
Brooklyn, NY 11241
(212) 390-8480
cl@crumiller.com

*Attorneys for Plaintiff*

\_\_\_\_/s/_____
Jason A. Zoldessy
Jackson Lewis P.C.
666 Third Avenue
29th Floor
New York, NY 10017
(212) 545-4021
*Jason.zoldessy@jacksonlewis.com*
*Attorneys for Equinox and*
*Defendant Christopher Maltman*


_____/s/_____
Elior D. Shiloh
Lewis Brisbois
77 Water Street, Suite 2100
New York, NY 10005
(212) 232-1362
*Elior.Shiloh@lewisbrisbois.com*
*Attorneys for Defendant Adam Gecht*