UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBYNN EUROPE,

                Plaintiff,

-against-

EQUINOX HOLDINGS, INC. d/b/a
EQUINOX FITNESS CLUB,
EQUINOX EAST 92ND STREET, INC.,
JOSE TAVERAS, *individually,*
CHRISTOPHER MALTMAN, *individually*,
*and* ADAM GECHT, *individually*,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/10/2021

ORDER SCHEDULING DISCOVERY
CONFERENCE

1:20-CV-7787 (JGK)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for Discovery Motion/Dispute (Doc. No. 44). A Discovery Conference in this matter will be held on **Wednesday, August 25, 2021 at 2:00 p.m.** Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

      SO ORDERED.

Dated:  August 10, 2021
           New York, New York

                                              KATHARINE H. PARKER
                                              United States Magistrate Judge