USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBYNN EUROPE,

           Plaintiff,

-against-

EQUINOX HOLDINGS, INC. d/b/a
EQUINOX FITNESS CLUB,
EQUINOX EAST 92ND STREET, INC.,
JOSE TAVERAS, *individually*,
CHRISTOPHER MALTMAN, *individually*,
*and* ADAM GECHT, *individually*,

           Defendants.

ORDER REINSTATING DISCOVERY CONFERENCE

1:20-CV-7787 (JGK)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    This case has been referred to me for Discovery Motion/Dispute (Doc. No. 44). The previously adjourned Discovery Conference in this matter scheduled for **Wednesday, August 25, 2021 at 2:00 p.m.** is hereby **reinstated** to discuss the timing of depositions. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

    SO ORDERED.

Dated:   August 10, 2021
           New York, New York

                                                    KATHARINE H. PARKER
                                                    United States Magistrate Judge