UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/27/2021
```

ROBYNN EUROPE,

            Plaintiff,

-against-

EQUINOX HOLDINGS, INC. d/b/a
EQUINOX FITNESS CLUB,
EQUINOX EAST 92ND STREET, INC.,
JOSE TAVERAS, *individually*,
CHRISTOPHER MALTMAN, *individually*,
*and* ADAM GECHT, *individually*,

            Defendants.

**DISCOVERY ORDER**

**1:20-CV-7787 (JGK) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    For the reasons set forth at the August 25, 2021 telephonic discovery conference, Plaintiff's letter motion to compel (ECF No. 55) is GRANTED in part and DENIED in part. The parties are hereby ordered to file a status letter with the Court by no later than September 24, 2021 to update the Court on the case's progress and to flag any issues that may require judicial intervention. The parties are otherwise directed to the conference transcript for the rulings and directives of the Court.

    **SO ORDERED.**

Dated:    August 27, 2021
           New York, New York

                                                  KATHARINE H. PARKER
                                                United States Magistrate Judge