

September 22, 2021

VIA ECF
Hon. Katharine H. Parker
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED**

*/s/ Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

Date: Septemeber 23, 2021

RE: *Europe v. Equinox, et al.* – Case No. 20-CV-7787 (JGK)(KHP)

Dear Judge Parker:

This firm represents Plaintiff Röbynn Europe in the above-referenced matter and writes with Defendants' Equinox Holdings, Inc., Equinox East 92nd Street, Inc., and Maltman's consent to respectfully request a one-week extension to submit the joint status letter, from September 24, 2021 to October 1, 2021. Plaintiff requests this extension because lead counsel for Plaintiff, Chloe Liederman, is precipitously commencing her maternity leave ahead of schedule and secondary Hilary J. Orzick, who will be taking over as lead counsel, will be on a pre-scheduled vacation through September 27, 2021. As such additional time is needed to complete the team's transition before addressing the outstanding discovery items with Defendants for the joint status letter.

This is the first request for an extension of this deadline. Plaintiff contacted counsel for Defendant Gecht on September 21 and September 22, 2021 in an effort to obtain his consent to Plaintiff's request, but Plaintiff has yet to receive a response.

We thank the Court in advance for its time and consideration in this matter.

Respectfully Submitted,

CRUMILLER P.C.
___/s/___
Hilary J. Orzick
16 Court St., Ste. 2500
Brooklyn, NY 11241
(212) 390-8480
hjo@crumiller.com
Attorneys for Plaintiff

212.390.8480 / 16 Court St, Ste 2500, Brooklyn, NY 11241 / crumiller.com

/s/
Jason A. Zoldessy
Jackson Lewis P.C.
666 Third Avenue
29th Floor
New York, NY 10017
(212) 545-4021
*Jason.zoldessy@jacksonlewis.com*
Attorneys for Equinox and
Defendant Christopher Maltman