UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBYNN EUROPE,                                    20-cv-7787 (JGK)

                        Plaintiff,                ORDER

          - against -

EQUINOX HOLDINGS, INC.,

                        Defendants.

JOHN G. KOELTL, District Judge:

    The plaintiff is directed to provide the Court with

courtesy copies of all papers filed in connection with the fully

briefed motion for reconsideration (ECF No. 102).

SO ORDERED.

Dated:    New York, New York
          October 19, 2022
                                          John G. Koeltl
                                   United States District Judge