

# CRUMILLER P.C.

December 2, 2022

*VIA ECF*

Judge John G. Koeltl
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

    RE: *Europe v. Equinox, et al.* – Case No. 20-CV-7787 (JGK)

Dear Judge Koeltl,

    This firm represents Plaintiff Röbynn Europe in the above-captioned matter and writes jointly with Defendants to respectfully request an extension of time for the Parties to submit their Joint Pre-trial Order, from December 6 to December 22, 2022. The Parties are diligently working together to complete the Joint Pre-Trial Order, however require additional time to complete and respond to the exchange of information given the recent holiday combined with counsel's respective trial and deposition schedules.

    We thank the Court in advance for its consideration.

                                                             Respectfully submitted,

                                                             CRUMILLER P.C.
                                                             /s/
                                                            By: Hilary J. Orzick

APPLICATION GRANTED
SO ORDERED

*/s/ John G. Koeltl*
John G. Koeltl, U.S.D.J.
12/3/22

                                                            16 Court St., Ste. 2500
                                                            Brooklyn, NY 11241
                                                            (212) 390-8480
                                                           *hjo@crumiller.com*