**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RÖBYNN EUROPE,

    Plaintiff,

-against-

EQUINOX HOLDINGS, INC. d/b/a
EQUINOX FITNESS CLUB, EQUINOX
EAST 92ND STREET, INC.,

    Defendants.

20-cv-7787 (JGK)

**SPECIAL VERDICT FORM**

1. What amount of economic damages, if any, did the plaintiff prove by a preponderance of the evidence that she suffered? **Write in a number:**

    $_____

2. What amount of compensatory damages, if any, did the plaintiff prove by a preponderance of the evidence that she suffered? **Write in a number:**

    $_____

3. What amount of punitive damages, if any, did the plaintiff prove by a preponderance of the evidence that she suffered? **Write in a number:**

    $_____

**Your deliberations are finished. This verdict form should be signed and dated by all the jurors and given to the Marshal.**

The jury reached the above verdict unanimously.

_____        _____        _____
Foreperson

_____        _____        _____

_____        _____

DATED: _____
    New York, New York