UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RÖBYNN EUROPE,

        Plaintiff,

-against-

EQUINOX HOLDINGS, INC. d/b/a EQUINOX FITNESS CLUB and EQUINOX EAST 92ND STREET, INC.,

        Defendants.

Case No. 20-cv-7787 (JGK) (KHP)

**DECLARATION OF HILARY J. ORZICK IN SUPPORT OF MOTION *IN LIMINE***

I, HILARY J. ORZICK, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. On February 6, 2023, counsel for Adam Gecht, Elior Shiloh, informed our office that Adam Gecht is available to testify at Ms. Europe's upcoming trial.

2. I am counsel for Plaintiff Röbynn Europe in the above-referenced action and I am fully familiar with the facts herein.

3. Attached hereto as Exhibit 1 is a true and accurate copy of Defendants' Proposed Trial Exhibit D5, Bates-stamped D 0008-9.

4. Attached hereto as Exhibit 2 is a true and accurate copy of Defendants' Proposed Trial Exhibit D7, Bates-stamped D 000195.

5. Attached hereto as Exhibit 3 is a true and accurate copy of Defendants' Proposed Trial Exhibit D12, Bates-stamped D 00010-11.

6. Attached hereto as Exhibit 4 is a true and accurate copy of Defendants' Proposed Trial Exhibit D13, Bates-stamped D 00036-7.

7. Attached hereto as Exhibit 5 is a true and accurate copy of Defendants' Proposed Trial Exhibit D14, Bates-stamped D 000312-13.

8. Attached hereto as Exhibit 6 is a true and accurate copy of Defendants' Proposed Trial Exhibit D16, Bates-stamped D 00012-13.

9. Attached hereto as Exhibit 7 is a true and accurate copy of Defendants' Proposed Trial Exhibit D20, Bates-stamped D 000280-84.

10. Attached hereto as Exhibit 8 is a true and accurate copy of Defendants' Proposed Trial Exhibit D21, Bates-stamped D 000320-23.

11. Attached hereto as Exhibit 9 is a true and accurate copy of Plaintiff's Proposed Trial Exhibit P14, Bates-stamped D 00010-11.

12. Attached hereto as Exhibit 10 is a true and accurate copy of Plaintiff's Proposed Trial Exhibit P17, Bates-stamped D 00012-13.

13. Attached hereto as Exhibit 11 is a true and accurate copy of Plaintiff's Proposed Trial Exhibit P19, Bates-stamped D 00014.

Dated: Brooklyn, New York
February 10, 2023

                                              Hilary J. Orzick
                                              Crumiller P.C.
                                              16 Court St, Ste 2500
                                              Brooklyn, NY 11241
                                              (212) 390-8480
                                              hilary@crumiller.com
                                              Attorneys for Plaintiff