**EXHIBIT 1**

## Re: Recap of Conversation

**Robynn Europe**
Wed 2/13/2019 10:27 PM
**To:** Jose Taveras <jose.taveras@equinox.com>

I understand. No argument from me at all with regard to my sarcastic tone in the email.

What I do disagree with is "The email undermines Raj's attempt to create synergy between the PT team and the group fitness team": I don't believe Raj is trying to create synergy between group fitness and anyone. If he were, "that's actually not the instructor's job" would never have left his mouth. We either take care of issues as they arise, or find the appropriate people to do it. That's part of being a Servant Leader (one of the first things covered in management training at equinox) no?

My staff has, on several occasions, picked up after PGX so that the members and training clients can have a neat space to train. I understand that my tone should have been different in an email that included all of the trainers - won't happen again. Is there a chance that Raj will not pass the buck again?

Robynn Europe
EQUINOX | Personal Training Manager

203 East 92nd Street
New York, NY 10128
T: 212.671.1884
EQUINOX.COM
#ItsNotFitnessItsLife

---

**From:** Jose Taveras
**Sent:** Wednesday, February 13, 2019 9:23:21 PM
**To:** Robynn Europe
**Subject:** Recap of Conversation

Hello Robynn,

I wanted to recap our conversation regarding the tone and response to Chris Rodriguez's email earlier today regarding PGX. As discussed, we are a team of managers and it's our responsibility to defuse any situation regardless of the department. (We never contribute to conflict. All difference in opinion has to be communicated/resolved among managers with me present)

If you are ever faced with a situation that feels wrong and/or you're not comfortable with, please let me or Cheyenne know and we will handle. I know you expressed that you feel like Raj is not contributing to the solution of cleaning the functional training space, and that he told you that "it's not the instructors job". I understand you point of view and want you to know it's a working progress to find the middle ground. However, adding to the tension on a email with all of the trainers does not solve the issue, it only adds to the tension and rehashes issues we've made progress on. The email undermines Raj's attempt to create synergy between the PT team and the group fitness team.

As I menon, if you are uneasy about something, come to me and we will find a soluon together in a non-abrasive way and without conflict or disrespect.

This cannot happen again. Please please reply with your acknowledgement of this conversaon.

**Jose Taveras**

EQUINOX | GENERAL MANAGER

**203 East 92nd Street**

New York, NY 10128

T. 212.671.1884

EQUINOX.COM

**#ItsNotFitnessItsLife**