**EXHIBIT 2**

## Statement

Alioune Sow
Mon 3/4/2019 3:20 PM
**To:** Jose Taveras <jose.taveras@equinox.com>

Hi Jose,

As discussed, I just wanted to send over a few observations regarding Robynn's time here so far as the Personal Training Manager.

From my first encounter with her, the way she approached me was a bit off. I was with another trainer and someone from the front desk staff. She was with Chris Maltman at the time. Her first words were "you're Alioune? oh, but you're leaving in January anyway". I thought that was a bit off and inappropriate, as we've never had a conversation before that point. Regardless, I gave her the benefit of the doubt, assuming that she was just misinformed by someone that she spoke to. Nonetheless, this was super inappropriate, especially coming from a manager.

This was only the beginning. For one, she repeatedly told people how she was overqualified for the position. She also called out her trainers via email publicly amongst each other, reached out to their clients about switching trainers, has blatantly ignored the dress code, and the list goes on. She also once skipped a managers team building workout, stating that she already works out enough and will not be doing that. I'm sure she would paint it as if everyone is against her, ignoring her own part in alienating herself. She has never once come back to the MA's office to even introduce herself. We've never once had a real conversation. Yet, she routinely complains during the manager's meeting that we're the reason that PT isn't doing well. She even went on to say that she used to sell training at David Barton and that it's not that hard. We simply just don't know what we're doing.

I'm all for constructive criticism, but there is a way to go about it. I've spoken to several people who've told me stories of her clear and blatant disrespect. The role is already difficult enough as is for an outside hire, yet this really isn't a matter of performance, but more so temperament and demeanor. She's been rude, arrogant, and stand off-ish on several accounts with countless people. Despite the feedback, nothing has changed so far. I'm all for giving people second chances and proving me wrong. However, with time, it's only seemed to have gotten worse.

Best,
Alioune

**ALIOUNE SOW**
EQUINOX EAST 92ND ST. | MEMBERSHIP ADVISOR

203 East 92nd Street
New York , NY 10128
T 212.671.1884
EQUINOX COM

#ItsNotFitnessItsLife