**EXHIBIT 4**

# Neta Weaver

| | |
|---|---|
| **From:** | Stephanie Herrmann <stephanie.herrmann@equinox.com> |
| **Sent:** | Wednesday, July 10, 2019 10:03 PM |
| **To:** | equinox@hracuity.net |
| **Subject:** | FW: East 92nd PTM |
| **Attachments:** | Kat and Robynn email concern.pdf 2.pdf; Alioune feedback on Robynn.pdf; Chris M Feedback on Robynn.pdf; ROD Robynn Europe ROD 5.29.doc; MOSO Checkin report- Robynn E.pdf |

**STEPHANIE HERRMANN**

EQUINOX | REGIONAL DIRECTOR, PEOPLE SERVICES

895 BROADWAY
NEW YORK, NY 10003
T. 646.799.8375
EQUINOX.COM

#ItsNotFitnessItsLife

---

**From:** Jose Taveras <jose.taveras@equinox.com>
**Sent:** Wednesday, May 29, 2019 4:44 PM
**To:** Stephanie Herrmann <stephanie.herrmann@equinox.com>
**Cc:** Rob Avellan <Rob.Avellan@equinox.com>; Adam Gecht <adam.gecht@equinox.com>
**Subject:** East 92nd PTM

Hello Stephanie,

Sorry for the delay, Closeout Drill.

I've add the the dates Robynn has been late since her last ROD. Additionally, I've attached the check-in log from MOSO which should line up with her arrival time on the days she actually checks-in.

### *Sceduled Time vs. Actual Time*

4/29- 8am vs 8:30am
5/1 - 10am vs. 10:15am
5/4 - 8am vs no check-in- Reviewed the camera until 9am and she was not present.
5/6- 8am  vs 8:15am ( no check-in, Camera footage)
5/7- 10am vs. 10:25am
5/8- 10am vs 10:15am
5/14- 10am vs. 10:15am
5/15- 10am vs. 10:14 am
5/18 - 8am vs 8:27am
5/20- 8am vs  8:32am ( no check-in, Camera footage)
5/21 - 10am vs 10:20am ( no check-in, camera footage)
5/23- 10am vs 10:44am ( no check-in, camera footage)
5/25- 8am vs 8:55am

1

5/28 - 10am vs 10:44am
5/29- 10am vs 10:33pm

In addition to lateness, I have received feedback from trainers, MA's, and other Managers on her communicative approach. Some trainers feel uncomfortable approaching her regarding work related concerns due to her responses in the past. I've attached a couple of emails as examples of the frustration her colleagues are feeling.

Her lateness is a serous issue, however, I am very concerned with her impulsive and emotional responses when managing situations with her team. Kat Hickey feels uncomfortable at work and stressed concerns regarding the effects her relationship with Robynn is taking on her business performance.

Please let me know if you have any questions or suggestions.

Thank you,

**Jose Taveras**
**EQUINOX | GENERAL MANAGER**
**203 East 92nd Street**
New York, NY 10128
T. **212.671.1884**
**EQUINOX.COM**
**#ItsNotFitnessItsLife**

_____

*It's not for everyone*: This e-mail, and any attachments hereto, is intended for use only by the addressee(s) named herein, and may contain legally privileged and/or confidential information. If you are not an intended recipient of this e-mail, you are notified that any dissemination, distribution or copying of this e-mail, and any attachments hereto, is strictly prohibited. If you have received this e-mail in error, please notify the sender by reply e-mail, and permanently delete this e-mail, and any copies or printouts.

PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS EMAIL.