**EXHIBIT 6**

# EQUINOX

**RECORD OF DISCUSSION (ROD)**

| | | |
|---|---|---|
| **EMPLOYEE NAME:** Robynn Europe | **EMP#:** 085631 | **DATE ISSUED: ENTER** |
| **CLUB:** E 92nd Street | **DEPT:** PT | **POSITION:** PTM |

**PLEASE SELECT ONE:**

☐ **VERBAL ROD***        ☐ **WRITTEN ROD**        ☒ **FINAL ROD**
*Does not need to be signed by Employee

**DESCRIBE REASON FOR RECORD OF DISCUSSION. UNSATISFACTORY PERFORMANCE/BEHAVIOR:**
*(BE SPECIFIC WITH DATES, TIMES, LOCATION, PARTIES INVOLVED, ETC.)*

For the success of the individual and the company, all Equinox employees are expected to exhibit behaviors that align with our mission and promote a culture which builds, engages, and develops high performing teams.

Robynn is not meeting the expectations of an Equinox employee as it relates to company standards regarding role responsibilities and performance standards for a Personal Training Manager.

Specifically, over the past several weeks, Robynn has arrived late to work on multiple occasions. Details are outlined below:
- 5/1: scheduled at 10:00am – arrived at 10:15am
- 5/4: scheduled at 8:00am – no club check in; reviewed camera footage until 9:00am and did not see her arrival
- 5/6: scheduled at 8:00am – arrived at 8:15am
- 5/7: scheduled at 10:00am – arrived at 10:25am
- 5/8: scheduled at 10:00am – arrived at 10:15am
- 5/14: scheduled at 10:00am – arrived at 10:15am
- 5/15: scheduled at 10:00am – arrived at 10:14am
- 5/18: scheduled at 8:00am – arrived at 8:27am
- 5/20: scheduled at 8:00am – arrived at 8:32am
- 5/21: scheduled at 10:00am – arrived at 10:20am
- 5/23: scheduled at 10:00am – arrived at 10:44am
- 5/25: scheduled at 8:00am – arrived at 8:55am
- 5/28: scheduled at 10:00am – arrived at 10:44am
- 5/29: scheduled at 10:00am – arrived at 10:33am

In addition to failing to report to work on time, Robynn has also failed to follow proper security and club protocols. All individuals are expected to check in at the front desk upon arriving at the club. Robynn did not check in as required on the following dates: 5/4, 5/6, 5/20, 5/21, and 5/23.

In regards to job responsibilities, Robynn is expected to follow through on tasks and submit requested information by the stated deadlines. For example, Robynn is expected to submit weekly action plans by Mondays by 5pm and weekly call prep summaries by Tuesdays by 11am. She has not submitted these requests to her RPTM, Rob Avellan, by the provided deadline.

Lastly, Robynn has shown challenges with effective accountability and communication with the team. On several occasions, management has spoken with Robynn regarding the nature of her communication and how the team perceives her message/ direction. As a leader in the business, Robynn is expected to take a supportive approach to managing and coaching her team.

**EXPECTED PERFORMANCE/BEHAVIOR (ACTION PLAN):**

Each employee must fulfill the responsibilities and expectations of his/her position, going above and beyond to drive company performance, support his/her coworkers, and deliver the ultimate member experience.

Revision Date: October 2018

Equinox seeks to maintain standards of employee conduct, which support our brand and effective operations. It is our company's goal to provide a positive work environment that is respectful and fosters well-being. In order to maintain a positive work environment, build teamwork, and deliver the ultimate member experience, each of us is responsible for ensuring that our actions and words promote such an environment.

Robynn is expected and required to meet acceptable performance standards and conduct herself in an appropriate manner during the course of her employment. She should address all members, co-workers, and supervisors with respect, demonstrating good judgment and striving to solve problems. Robynn must fulfill the responsibilities and expectations of her position, going above and beyond to drive company performance, support her team, and deliver the ultimate member and employee experience.

In addition, Robynn is expected to follow through on the tasks and responsibilities delegated to her by her supervisor, clearly and effectively communicating questions or concerns as they arise. She is expected to be in compliance with company standards and procedures, executing job tasks as outlined in SOPs, and partnering with her GM and RPTM if she has any questions or concerns.

In order to deliver the ultimate member experience, it is important for all employees to be present at work, and at the time that they are scheduled. Robynn is expected to adhere to weekly schedules and follow the necessary steps when requesting time out of the business. During working hours, Robynn is expected to perform job-related tasks and strive to meet all member needs. All personal tasks are to be taken care of during scheduled breaks or after work hours.

Robynn's leadership and management presence must also improve in the club. She must enforce club policies and behaviors that are expected of our employees. She must find ways to better model and support the positive behaviors needed for the success of the department and the club, and take a respectful approach to coaching and managing her team.

**CONSEQUENCES IF UNSATISFACTORY PERFORMANCE/BEHAVIOR OCCURS AGAIN:**

Further disciplinary action up to and including separation of employment.

**EMPLOYEE COMMENTS:**
*I find it a bit unfair that other employees are late, without repercussion (Chris, Raj, even Jose at times.) Employees also leave early without notice regularly, and I am the only one being reprimanded. But I understand*

I ACKNOWLEDGE THAT THIS RECORD OF DISCUSSION HAS BEEN PRESENTED TO ME AND THAT I UNDERSTAND THE EXPECTED PERFORMANCE/BEHAVIOR AS DESCRIBED ABOVE.

ROBYNN EUROPE               Robynn E.
Employee Name (Print)       Employee Signature                Date

Jose Taveras
Supervisor (Print)          Supervisor Signature              Date

Rob Avellan                                                   6/5/19
Witness (Print)             Witness Signature                 Date

☐ Employee Received Copy of this ROD        ☐ Employee Refused to Sign
  (Only if employee Signed)

Depending on the circumstances, it may be appropriate to skip a step and issue a different level of discipline, up to and including termination. Equinox is an at-will employer. This means either you or Equinox can terminate your employment at any time with or without cause or notice. Nothing in this Record of Discussion changes your at-will status. Nothing in this Record of Discussion nor any statement or promise by a supervisor, manager or employee shall constitute a promise of employment for a specified period of time or constitute an employment agreement of any kind.

*this needs to improve*

Revision Date: October 2018

D000013