**EXHIBIT 7**

**Slotnick, Gregory S. (NYC)**

| | |
|---|---|
| **From:** | Paul Kwon <Paul.Kwon@equinox.com> |
| **Sent:** | Wednesday, September 25, 2019 9:02 AM |
| **To:** | Jose Taveras |
| **Subject:** | RE: ROIS Time and Attendance |

Hi Jose,

We do not provide ROIS' to separated employees.

Regards,

**PAUL KWON**

EQUINOX | AREA MANAGER, PEOPLE SERVICES

160 COLUMBUS AVENUE
NEW YORK, NY 10023
T. 917.620.1905
EQUINOX.COM

#ItsNotFitnessItsLife

**From:** Jose Taveras <jose.taveras@equinox.com>
**Sent:** Tuesday, September 24, 2019 5:33 PM
**To:** Paul Kwon <Paul.Kwon@equinox.com>
**Subject:** Re: ROIS Time and Attendance

Hello Paul,

Robynn is Requesting a copy of the ROIS. Are we able to provide her with a copy ?

Thank you,

**Jose Taveras**
**EQUINOX | GENERAL MANAGER**
**203 East 92nd Street**
**New York, NY 10128**
**T. 212.671.1884**
**EQUINOX.COM**
**#ItsNotFitnessItsLife**

On Sep 24, 2019, at 11:31 AM, Paul Kwon <Paul.Kwon@equinox.com> wrote:

> Thanks for the quick turnaround Jose. This has been approved. Please see the attached.
>
> Regards,
>
> **PAUL KWON**
> EQUINOX | AREA MANAGER, PEOPLE SERVICES

D000280

160 COLUMBUS AVENUE
NEW YORK, NY 10023
T. 917.620.1905
EQUINOX.COM

#ItsNotFitnessItsLife

---

**From:** Jose Taveras <jose.taveras@equinox.com>
**Sent:** Tuesday, September 24, 2019 11:25 AM
**To:** Paul Kwon <Paul.Kwon@equinox.com>
**Subject:** Re: ROIS Time and Attendance

Hello Paul,

Please see attached.

Thank you.

**Jose Taveras**
EQUINOX | GENERAL MANAGER
**203 East 92nd Street**
New York, NY 10128
T. **212.671.1884**
**EQUINOX.COM**
**#ItsNotFitnessItsLife**

---

**From:** Paul Kwon <Paul.Kwon@equinox.com>
**Sent:** Tuesday, September 24, 2019 10:10 AM
**To:** Jose Taveras <jose.taveras@equinox.com>
**Subject:** RE: ROIS Time and Attendance

Hi Jose,

Please update the ROIS with all the additional dates after the 9th as well. Including that prior to your time off, you noted to herto communicate with the AGM should she be running late. If you could just copy and paste the text you have currently and the additions in the attached word doc and send when complete, I can sign and approve.

Thank you,

**PAUL KWON**
EQUINOX | AREA MANAGER, PEOPLE SERVICES

160 COLUMBUS AVENUE
NEW YORK, NY 10023
T. 917.620.1905
EQUINOX.COM

#ItsNotFitnessItsLife

D000281

**From:** Jose Taveras <jose.taveras@equinox.com>
**Sent:** Monday, September 23, 2019 7:00 PM
**To:** Paul Kwon <Paul.Kwon@equinox.com>
**Subject:** Re: ROIS Time and Attendance

Hello Paul,

Attached you will find the ROIS for approval. She has continued to be late after the 9th and all of last week while I was on Vacation, even after I emailed her explaining to be on time and communicate with Jenna if she would be running late in my absences last week.

Please let me know if you need anything else.

Thank you,

**Jose Taveras**
EQUINOX | GENERAL MANAGER
**203 East 92nd Street**
New York, NY 10128
T. **212.671.1884**
**EQUINOX.COM**
**#ItsNotFitnessItsLife**


**From:** Paul Kwon <Paul.Kwon@equinox.com>
**Sent:** Wednesday, September 11, 2019 5:37 PM
**To:** Jose Taveras <jose.taveras@equinox.com>
**Subject:** RE: ROIS Time and Attendance

Hi Jose,

I would add that she has received a Verbal [date], Written [date] and Final ROD [date]. You can remove the verbiage "this decision is final – will remain confidential". Those statements can be told in person but on the ROIS, we want it to be concise and only pertaining to the separation event.

Thank you,

**PAUL KWON**
EQUINOX | AREA MANAGER, PEOPLE SERVICES

160 COLUMBUS AVENUE
NEW YORK, NY 10023
T. 917.620.1905
EQUINOX.COM

#ItsNotFitnessItsLife

**From:** Jose Taveras <jose.taveras@equinox.com>
**Sent:** Wednesday, September 11, 2019 10:23 AM
**To:** Paul Kwon <Paul.Kwon@equinox.com>
**Subject:** Fw: ROIS Time and Attendance

3

D000282

Some how I replied to myself.

Please see below.

Thank you,

**Jose Taveras**
**EQUINOX | GENERAL MANAGER**
**203 East 92nd Street**
New York, NY 10128
T. **212.671.1884**
**EQUINOX.COM**
**#ItsNotFitnessItsLife**

---

**From:** Jose Taveras <jose.taveras@equinox.com>
**Sent:** Wednesday, September 11, 2019 10:21 AM
**To:** Jose Taveras <jose.taveras@equinox.com>
**Subject:** Re: ROIS Time and Attendance

Hello Paul,

Attached you will find the ROIS for Robynn for your review and approval. Please let me know if you need any additional information.

Thank you,

**Jose Taveras**
**EQUINOX | GENERAL MANAGER**
**203 East 92nd Street**
New York, NY 10128
T. **212.671.1884**
**EQUINOX.COM**
**#ItsNotFitnessItsLife**

---

**From:** Jose Taveras
**Sent:** Monday, September 9, 2019 7:21 PM
**To:** Paul Kwon <Paul.Kwon@equinox.com>
**Cc:** Adam Gecht <adam.gecht@equinox.com>; Rob Avellan <Rob.Avellan@equinox.com>
**Subject:** ROIS Time and Attendance

Hello Paul,

I want to connect and discuss moving forward with a ROIS for Robynn Europe. Since the start of her employment, I've had multiple conversations regarding her time and attendance both on email and in person. She has also received multiple ROD's regarding time and attendance, with the most recent one being recorded and communicated as a final.

4

Upon my monthly check-in audits, I found Robynn was late for 15 out of 22 scheduled shifts in August, and this month she has been late to 5 of 6 scheduled shifts.

## _Date / Time arrived/ time scheduled_

8/3 - 9:30am / 9am
8/7 - 7:44am / 7:30am
8/8 - 7:46am / 7:30am
8/10 - 9:24am / 9am
8/12 - 7:40am / 7:30am
8/14 - 7:49am/ 7:30am
8/15 - 7:38 am / 7:30am
8/17 - 9:22am / 9am
8/20 - 11:13am / 11am
8/21 - 7:56am / 7:30am
8/22- 7:52am/ 7:30am
8/23 - 9:38am / 9am
8/24 - 9:30am / 9am
8/26 - 7:40am / 7:30am
8/28 - 7:59am / 7:30am (Texted me she was running late)

## _September_

9/3 - 11:17am / 11am
9/4 - 7:52am / 7:30am
9/5 - 7:59am / 7:30am
9/7 - 9:24pm / 9am
9/9 - 7:40am / 7:30am

Please let me know if you need anything from me to move forward with the separation.

Thank you,

**Jose Taveras**
EQUINOX | GENERAL MANAGER
203 East 92nd Street
New York, NY 10128
T. **212.671.1884**
**EQUINOX.COM**
**#ItsNotFitnessItsLife**

<R. Europe ROIS.doc>

D000284