**EXHIBIT 8**

## Slotnick, Gregory S. (NYC)

| | |
|---|---|
| **From:** | Paul Kwon |
| **Sent:** | Tuesday, September 24, 2019 6:01 PM |
| **To:** | Jose Taveras; Rob Avellan; Adam Gecht |
| **Subject:** | RE: ROIS Time and Attendance |

Thanks Jose.

**PAUL KWON**
EQUINOX | AREA MANAGER, PEOPLE SERVICES

160 COLUMBUS AVENUE
NEW YORK, NY 10023
T. 917.620.1905
EQUINOX.COM

#ItsNotFitnessItsLife

---

**From:** Jose Taveras <jose.taveras@equinox.com>
**Sent:** Tuesday, September 24, 2019 5:00 PM
**To:** Rob Avellan <Rob.Avellan@equinox.com>; Adam Gecht <adam.gecht@equinox.com>; Paul Kwon <Paul.Kwon@equinox.com>
**Subject:** Re: ROIS Time and Attendance

Hello Paul,

I uploaded Robynn's separation notice in people doc. and processed her termination in UltiPro. Please let me know if there's anything else needed.

Thank you,

**Jose Taveras**
EQUINOX | GENERAL MANAGER
203 East 92nd Street
New York, NY 10128
T. 212.671.1884
EQUINOX.COM
#ItsNotFitnessItsLife

---

**From:** Rob Avellan <Rob.Avellan@equinox.com>
**Sent:** Tuesday, September 10, 2019 10:12 AM
**To:** Adam Gecht <adam.gecht@equinox.com>; Paul Kwon <Paul.Kwon@equinox.com>; Jose Taveras <jose.taveras@equinox.com>
**Subject:** Re: ROIS Time and Attendance

already did

ROB AVELLAN, CFSC

D000320

EQUINOX | REGIONAL PERSONAL TRAINING MANAGER UPPER EAST SIDE

895 Broadway
NEW YORK, NY 10019
EQUINOX.COM

#ItsNotFitnessItsLife

**From:** Adam Gecht <adam.gecht@equinox.com>
**Sent:** Tuesday, September 10, 2019 10:11 AM
**To:** Paul Kwon <Paul.Kwon@equinox.com>; Jose Taveras <jose.taveras@equinox.com>
**Cc:** Rob Avellan <Rob.Avellan@equinox.com>
**Subject:** Re: ROIS Time and Attendance

Thanks!  Rob...please loop in Capp.

**ADAM GECHT**
EQUINOX | REGIONAL DIRECTOR
T:212.355.5100
EQUINOX.COM
#ItsNotFitnessItsLife

**From:** Paul Kwon <Paul.Kwon@equinox.com>
**Sent:** Tuesday, September 10, 2019 10:06 AM
**To:** Jose Taveras <jose.taveras@equinox.com>
**Cc:** Adam Gecht <adam.gecht@equinox.com>; Rob Avellan <Rob.Avellan@equinox.com>
**Subject:** RE: ROIS Time and Attendance

Hi Jose,

Since she is on a Final as of June, I agree with separation. Please fill out the ROIS form and send to me once complete for approval.

Thank you,

**PAUL KWON**
EQUINOX | AREA MANAGER, PEOPLE SERVICES

160 COLUMBUS AVENUE
NEW YORK, NY 10023
T. 917.620.1905
EQUINOX.COM

#ItsNotFitnessItsLife

D000321

**From:** Jose Taveras <jose.taveras@equinox.com>
**Sent:** Monday, September 9, 2019 7:21 PM
**To:** Paul Kwon <Paul.Kwon@equinox.com>
**Cc:** Adam Gecht <adam.gecht@equinox.com>; Rob Avellan <Rob.Avellan@equinox.com>
**Subject:** ROIS Time and Attendance

Hello Paul,

I want to connect and discuss moving forward with a ROIS for Robynn Europe. Since the start of her employment, I've had multiple conversations regarding her time and attendance both on email and in person. She has also received multiple ROD's regarding time and attendance, with the most recent one being recorded and communicated as a final.

Upon my monthly check-in audits, I found Robynn was late for 15 out of 22 scheduled shifts in August, and this month she has been late to 5  of 6 scheduled shifts.

## _Date / Time arrived/ time scheduled_

8/3 - 9:30am / 9am
8/7 - 7:44am / 7:30am
8/8 - 7:46am / 7:30am
8/10 - 9:24am / 9am
8/12 - 7:40am / 7:30am
8/14 - 7:49am/ 7:30am
8/15 - 7:38 am / 7:30am
8/17 - 9:22am / 9am
8/20 - 11:13am / 11am
8/21 - 7:56am / 7:30am
8/22- 7:52am/ 7:30am
8/23 - 9:38am / 9am
8/24 - 9:30am / 9am
8/26 - 7:40am / 7:30am
8/28 - 7:59am / 7:30am (Texted me she was running late)


## _September_

9/3 - 11:17am / 11am
9/4 - 7:52am / 7:30am
9/5 - 7:59am / 7:30am
9/7 - 9:24pm / 9am
9/9 - 7:40am / 7:30am

Please let me know if you need anything from me to move forward with the separation.

Thank you,

3

D000322

**Jose Taveras**
EQUINOX | GENERAL MANAGER
**203 East 92nd Street**
New York, NY 10128
T. **212.671.1884**
**EQUINOX.COM**
**#ItsNotFitnessItsLife**

D000323