**EXHIBIT 9**

# EQUINOX

## RECORD OF DISCUSSION (ROD)

**EMPLOYEE NAME:** Robynn Europe     **EMP#:**     **DATE ISSUED:** 4/15/19

**CLUB:** East 92nd Street     **DEPT:** Personal Training     **POSITION:** PTM

**PLEASE SELECT ONE:**

☐ **VERBAL ROD***  *Does not need to be signed by Employee     ☒ **WRITTEN ROD**     ☐ **FINAL ROD**

**DESCRIBE REASON FOR RECORD OF DISCUSSION. UNSATISFACTORY PERFORMANCE/BEHAVIOR:**
*(BE SPECIFIC WITH DATES, TIMES, LOCATION, PARTIES INVOLVED, ETC.)*

[redacted]

**EXPECTED PERFORMANCE/BEHAVIOR (ACTION PLAN):**

[redacted]

**CONSEQUENCES IF UNSATISFACTORY PERFORMANCE/BEHAVIOR OCCURS AGAIN:**

[redacted]

**EMPLOYEE COMMENTS:**
I understand that lateness is an issue, but have often overslept as a result of staying at the club late the day before (OFTEN). Either way, understood.

I ACKNOWLEDGE THAT THIS RECORD OF DISCUSSION HAS BEEN PRESENTED TO ME AND THAT I UNDERSTAND THE EXPECTED PERFORMANCE/BEHAVIOR AS DESCRIBED ABOVE.

Revision Date: October 2018
D000010

_ROBYNN EUROPE_
**Employee Name (Print)**

_Jose Taveras_
**Supervisor (Print)**

_Cheyenne Lemasters_
**Witness (Print)**

☐ **Employee Received Copy of this ROD**

(Only if employee Signed)

_Robynn Europe_     4/15/19
**Employee Signature**     **Date**

_[signature]_     4/15/19
**Supervisor Signature**     **Date**

_Cheyenne Lemasters_     4/15/19
**Witness Signature**     **Date**

☐ **Employee Refused to Sign**

Depending on the circumstances, it may be appropriate to skip a step and issue a different level of discipline, up to and including termination. Equinox is an at-will employer. This means either you or Equinox can terminate your employment at any time with or without cause or notice. Nothing in this Record of Discussion changes your at-will status. Nothing in this Record of Discussion nor any statement or promise by a supervisor, manager or employee shall constitute a promise of employment for a specified period of time or constitute an employment agreement of any kind.

Revision Date: October 2018
**D000011**