**EXHIBIT 10**

# EQUINOX

## RECORD OF DISCUSSION (ROD)

**EMPLOYEE NAME:** Robynn Europe  **EMP#:** 085631  **DATE ISSUED: ENTER**

**CLUB:** E 92nd Street  **DEPT:** PT  **POSITION:** PTM

**PLEASE SELECT ONE:**

☐ **VERBAL ROD***      ☐ **WRITTEN ROD**      ☒ **FINAL ROD**
*Does not need to be signed by Employee

**DESCRIBE REASON FOR RECORD OF DISCUSSION. UNSATISFACTORY PERFORMANCE/BEHAVIOR:**
(BE SPECIFIC WITH DATES, TIMES, LOCATION, PARTIES INVOLVED, ETC.)

[content redacted]

**EXPECTED PERFORMANCE/BEHAVIOR (ACTION PLAN):**

[content redacted]

Revision Date: October 2018

D000012

**CONSEQUENCES IF UNSATISFACTORY PERFORMANCE/BEHAVIOR OCCURS AGAIN:**

[redacted]

**EMPLOYEE COMMENTS:**

I find it a bit unfair that other employees are late, without repurcussion (Chris, Raj, even Jose at times.) Employees also leave early without notice regularly, and I am the only one being repremanded. But I understand

I ACKNOWLEDGE THAT THIS RECORD OF DISCUSSION HAS BEEN PRESENTED TO ME AND THAT I UNDERSTAND THE EXPECTED PERFORMANCE/BEHAVIOR AS DESCRIBED ABOVE.

| | |
|---|---|
| ROBYNN EUROPE | *[signature]* |
| Employee Name (Print) | Employee Signature / Date |
| Jose Taveras | *[signature]* |
| Supervisor (Print) | Supervisor Signature / Date |
| Rob Avellan | *[signature]* 6/5/19 |
| Witness (Print) | Witness Signature / Date |

☐ Employee Received Copy of this ROD (Only if employee Signed)

☐ Employee Refused to Sign

Depending on the circumstances, it may be appropriate to skip a step and issue a different level of discipline, up to and including termination. Equinox is an at-will employer. This means either you or Equinox can terminate your employment at any time with or without cause or notice. Nothing in this Record of Discussion changes your at-will status. Nothing in this Record of Discussion nor any statement or promise by a supervisor, manager or employee shall constitute a promise of employment for a specified period of time or constitute an employment agreement of any kind.

*this needs to improve*

Revision Date: October 2018

D000013