**EXHIBIT 11**

# EQUINOX

## RECORD OF INVOLUNTARY SEPARATION

| EMPLOYEE NAME: Robynn Europe | EMP#: | DATE OF SEPARATION: 09/24/19 |
|---|---|---|
| CLUB: East 92nd Street | DEPT: Personal Training | EMPLOYEE POSITION: Personal Training Manager |
| MANAGER MAKING DECISION TO SEPARATE EMPLOYMENT: | | |

**DESCRIBE REASON FOR INVOLUNTARY SEPARATION. FINAL INCIDENT RESULTING IN SEPARATION:**
*(BE SPECIFIC WITH DATES, TIMES, LOCATION, PARTIES INVOLVED, ETC.)*

[REDACTED]

☒ ALL PREVIOUS DOCUMENTATION/ACTION PLANS PERTAINING TO THIS EMPLOYEE HAVE BEEN UPLOADED INTO EMPLOYEES' PEOPLE DOC. PERSONNEL FILE.

**ADDITIONAL NOTES/COMMENTS:**

*This feels biased and targetted. My general manager has been late as often as I have, and other employees have been late often, without serious repurcussions. It seems as though because I often call attention to issues in the club, I am being targetted unfairly. A review of other mgrs. latenesses will reveal that there is bias here.*

Manager (Print): Rob Avellan
Manager (Signature): [signed]
Date: 9/24/19

**REVIEWED BY:**

People Services Representative (Print): Paul Kwon
People Services Representative (Signature): [signed]
Date: 9/24/19

ONCE COMPLETED, PLEASE UPLOAD INTO EMPLOYEE'S PERSONNEL FILE IN PEOPLE DOC.

Revision Date: October 2018

D000014