```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

ROBYNN EUROPE,

                    Plaintiff,

    - against -

EQUINOX HOLDINGS, INC., ET AL.,

                  Defendants.

20-cv-7787 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties should submit any responses or objections to any motions in limine, voir dire, or requests to charge, by February 21, 2023.

SO ORDERED.

Dated:   New York, New York
          February 14, 2023

                                      /s/ John G. Koeltl
                                    John G. Koeltl
                             United States District Judge