UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RÖBYNN EUROPE,

    Plaintiff,

-against-

EQUINOX HOLDINGS, INC. d/b/a EQUINOX FITNESS CLUB and EQUINOX EAST 92ND STREET, INC.,

    Defendants.

Case No. 20-CV-7787 (JGK) (KHP)

**DECLARATION OF HILARY J. ORZICK IN OPPOSITION OF MOTION *IN LIMINE* EXCLUDING TESTIMONY OF DAWN PARKER**

    I, HILARY J. ORZICK, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

    1.    I am counsel for Plaintiff Röbynn Europe in the above-referenced action and I am fully familiar with the facts herein.

    2.    Attached hereto as Exhibit A is a true and accurate copy of the Deposition Transcript of S. Herrmann taken in connection with this litigation, at 25-26, 87-88, and 150.

    3.    Attached hereto as Exhibit B is a true and accurate copy of Plaintiff's Trial Exhibit 18, a June 8, 2019 email exchange between Europe, Gecht, and Caporusso, Bates-stamped at D000332-33.

    4.    Attached hereto as Exhibit C is a true and accurate copy of Plaintiff's Trial Exhibit 17, June 5, 2019 Europe Final ROD (redacted), Bates-stamped D00012-13.

    5.    Attached hereto as Exhibit D is a true and accurate copy of Plaintiff's Trial Exhibit 16, a June 10, 2019 email exchange between Europe and Herrmann, Bates-stamped RE0019-20.

    6.    Attached hereto as Exhibit E is a true and accurate copy of Plaintiff's Trial Exhibit 19, Sept. 24, 2019 Europe's ROIS (redacted), Bates-stamped D00014.

1

7. Attached hereto as Exhibit F is a true and accurate copy of Joint Trial Exhibit 4, Sept. 27, 2019 email from Kwon to Gecht, Bates-stamped D00285-86.

Dated: Brooklyn, New York
February 24, 2023

/s/ Hilary J. Orzick
Hilary J. Orzick
Crumiller P.C.
16 Court St, Ste 2500
Brooklyn, NY 11241
(212) 390-8480
hilary@crumiller.com
Attorneys for Plaintiff