**EXHIBIT A**

Page 25

1    S. Herrmann
2    club directors.
3    Q    So how does that shake out at the end,
4    does one of them -- is one person responsible
5    for all of the upper east side locations, for
6    example?
7    A    Yes.
8    Q    And what about midtown?
9    A    Yes, so the -- how the region is split
10   up is kind of in those quadrants, like an
11   upper west side, midtown, a downtown, an upper
12   east side, but that is a very large
13   simplification of it.
14   Q    Is there some other structure that
15   Equinox employees tend to use when talking
16   amongst yourselves, for example?
17   A    No.  We refer to it as we align with the
18   club director or operations structure is how
19   the people services team in New York City is
20   set up.
21   Q    How does 92nd Street fit into the
22   operations structure?
23   A    East 92nd Street is part of the upper
24   east side region.
25   Q    Okay.  What other branches are included

Page 26

1    S. Herrmann
2    in the upper east side region?
3    A    East 92nd Street, East 85th Street,
4    East 63rd Street, East 61st Street, East 74th
5    Street, E Madison and East 54th Street.
6    Q    What -- so Kwan -- okay.  I'll come back
7    to that.
8         Other than the two area managers, did
9    you currently have any other direct reports?
10   A    Paul Kwan also reports in to me at this
11   time.
12   Q    And what's his new title?
13   A    Regional director.
14   Q    So is that for what region?
15   A    The northeast region.
16   Q    Kwan and then the two area managers.
17   Anyone else?
18   A    No.
19   Q    When you were -- before your recent
20   promotion, was it just the two area managers
21   that reported to you?
22   A    Yes.
23   Q    How many people -- who's one level below
24   the area managers?
25   A    From a people services perspective?

Page 27

1    S. Herrmann
2    Q    The area managers, are they people
3    services or more general?
4    A    The area managers that report in to me
5    are people services or HR professionals.
6    Q    Okay.  So who -- do they field HR issues
7    directly or do they have direct reports in HR
8    and people services?
9    A    They do not have direct reports.
10   Q    So the area manager and -- if I was an
11   employee at an Equinox branch and I had an HR
12   issue, was there anyone else who I would have
13   as a resource or as a point of contact other
14   than the area manager and you, their
15   supervisor?
16   A    We have an ethics hotline, or as an
17   employee, you would have your direct
18   supervisor, your general manager, but from HR
19   perspective, an area manager, myself,
20   corporate HR team or an ethics hotline would
21   be avenues that employees could pursue.
22   Q    Where is the -- what is the corporate
23   HR?
24   A    That would be Matthew Herbert, so he
25   would be an individual that could potentially

Page 28

1    S. Herrmann
2    field employee concerns.
3    Q    When -- what are the circumstances under
4    which a complaint would get escalated from you
5    to Mr. Herbert?
6    A    If an employee contacted him directly.
7    Q    Were employees encouraged to contact you
8    instead of him?
9    A    I don't -- wouldn't say that anybody was
10   encouraged.  We --
11   Q    Was that -- sorry.
12   A    That's okay.  I'm sorry, you can go.
13   Q    No, no, no.  I interrupted you.
14   A    We simply have this structure in place
15   which employees use, but there wasn't
16   encouragement or any directive of who
17   employees are expected to go to.  We just make
18   sure they're aware of the resources available.
19   Q    Was -- did most complaints come to
20   you -- or do most complaints come to you as
21   opposed to directly Mr. Herbert?
22        MR. ZOLDESSY:  Objection to
23        form.  You can answer.
24   A    Specific to New York City or my region,
25   I assume you're asking, in terms of scope of

Page 85

1     S. Herrmann
2     A    I don't know.
3     Q    Did you have any conversations with
4     Ms. McGeary directly or any communications
5     about Maltman?
6     A    I can't recall if the concern was raised
7     with Robynn or from Sabrina. I believe that I
8     had at least some communication with Sabrina
9     directly, but I can't recall specifically.
10    Q    Are you aware of any conversations that
11    Sabrina had with anyone else or any
12    communications that she had with anyone else,
13    other than Robynn, perhaps?
14    A    No, not that I know of.
15    Q    Now, when we were discussing Robynn's
16    scheduling accommodations earlier, you
17    testified that you might have spoken with Adam
18    Gecht about those scheduling issues; is that
19    right?
20    A    Yeah, he may have been aware of
21    working -- as we worked through the
22    accommodation process, but -- so I imagine he
23    was aware, I believe.
24    Q    What was his -- tell me -- let's talk
25    about the accommodation process generally.

Page 86

1     S. Herrmann
2     Are there policies and procedures in place for
3     when an employee requests an accommodation?
4     A    Yeah, so we of course will always look
5     to engage in an accommodation process and look
6     to provide a reasonable accommodation to an
7     employee whenever possible.
8     Q    Who is responsible for engaging in that
9     dialogue?
10    A    It is often the people services
11    representative that supports the location that
12    would participate in an accommodation related
13    conversation.
14    Q    So with respect to East 92nd Street, who
15    is the people services rep that would be --
16    who would be the people services rep that
17    would handle this dialogue for each 92nd
18    Street?
19    A    Currently?
20    Q    Let's start with currently.
21    A    Infinite Sumlin.
22    Q    Okay. And previously -- what about in
23    2019?
24    A    It was me for a portion of 2019 and Paul
25    Kwan after he stepped into his role.

Page 87

1     S. Herrmann
2     Q    What's the nature of Gecht's involvement
3     in this process?
4     A    He likely would have just been made
5     aware of any proposed accommodation that, as
6     the people's representative, I would have
7     presented to the business.
8     Q    Why would he have been made aware?
9     A    It would be normal to include the
10    general manager and the regional director
11    overseeing that, of some type of schedule
12    accommodation associated with a manager level
13    position.
14    Q    What was Gecht's involvement in general
15    with respect to the manager level employees?
16    A    In his role, he was responsible for the
17    general oversight and operations of day-to-day
18    responsibilities of the upper east side
19    region.
20    Q    And the upper east side region, is that
21    the branches you listed earlier, East 92nd,
22    East 85th, East 63rd, East 61st, East 74th,
23    East Madison, East 54th?
24    A    That's the current upper east side
25    region, but those were not the locations that

Page 88

1     S. Herrmann
2     were considered that region at the time that
3     Mr. Gecht was the regional director.
4     Q    What's the -- what is the change?
5     A    At the time there have been additional
6     locations added to that region since.
7     Q    Okay. The list I just recited was
8     accurate in 2019?
9     A    No.
10    Q    The list is accurate as of today?
11    A    Yes.
12    Q    And in 2019, it was smaller?
13    A    Yes.
14    Q    Which locations have been added since
15    2019?
16    A    East 54th Street and E Madison.
17    Q    Do you know whether anyone opened an
18    investigation into the Sabrina McGeary
19    complaints about Maltman?
20    A    Yes, I believe I was the people services
21    partner that supported that investigation.
22    Q    In the interrogatories which maybe we
23    want to -- no, I don't need to make it an
24    exhibit. There's a list that we received of
25    current or former Equinox employees of the

Page 149

1   S. Herrmann
2   A  I don't know if I would say typically,
3   but this is a normal interaction that would
4   transpire between a general manager and myself
5   as a people services partner.
6   Q  Do you have any recollection of any
7   other such complaints or feedback --
8   withdrawn.
9       What -- was it also normal for -- you
10  said it was normal for Jose to send you an
11  e-mail like this.  Was it also normal to loop
12  in Avellan and Gecht?
13  A  Yeah, I think.  I think that's normal,
14  yes.
15  Q  What was Avellan's role typically in
16  dealing with this type of employee issue?
17  A  He was the regional PT manager, so he
18  provided business specific direction to the PT
19  department, so it would be relevant for him to
20  be aware of potential performance or
21  attendance challenges with an individual that
22  fell within the department he supported.
23  Q  Would Avellan be interested -- is it
24  fair to say that his responsibility was to
25  oversee issues relating to profitability or,

Page 150

1   S. Herrmann
2   you know, customer retention?
3   A  I'm not sure.  I think the easiest way
4   for me to explain it is he's the business
5   expert in terms of understanding and helping
6   drive revenue and business specific to
7   personal training.
8   Q  So would Avellan have any reason to
9   become involved in an issue over lateness if
10  it wasn't impacting revenues?
11  A  Yes, I do think as the regional manager,
12  it would be important for him to be aware of
13  any type of performance challenge that may be
14  happening with an individual in the PT
15  department in the facilities that he oversaw.
16  Q  Okay.  And what about Mr. Gecht?
17  A  Similarly, understanding that Mr. Gecht
18  was overseeing the general operations of all
19  of the facilities on the upper east side, it
20  would be appropriate and important for him to
21  also be aware of any challenges that may be
22  happening with a manager within one of his
23  facilities.
24  Q  Would it be customary and typical for
25  Mr. Gecht to be consulted on a termination

Page 151

1   S. Herrmann
2   issue -- on a potential termination decision?
3   A  I think that is a normal practice for a
4   general manager to discuss that with their
5   supervisor.
6   Q  And what about Mr. Avellan, would it be
7   customary for Taveras to discuss Europe's
8   future with Equinox with Rob Avellan?
9   A  Yes, I believe that would also be
10  appropriate.
11  Q  Is it your understanding that any
12  factors other than attendance issues factored
13  into the termination decision?
14  A  No, my understanding is that it was
15  related to time and attendance.
16  Q  And only that?
17  A  That is my understanding, yes.
18  Q  Is there a schedule issued regularly
19  that shows managers schedules at each Equinox
20  location?
21  A  Currently we use a system called ARCON
22  that houses employee schedules, and manager
23  schedules would be included in that system.
24  Q  Do you, as a matter of course, review
25  the schedules housed in ARCON?

Page 152

1   S. Herrmann
2   A  Not typically.
3       MS. CRUMILLER:  We'll call for
4   the production of all the -- I know
5   we called for it before but call
6   again for the production of all of
7   the scheduling data included in ARCON
8   and in MOSO.
9   REQUEST NOTED:
10      (Whereupon, an off-the-record
11  discussion was held.)
12      MR. ZOLDESSY:  To clarify, the
13  documentation produced last week with
14  the check-in data, that was the MOSO
15  check-in data for the managers at
16  East 92nd Street.
17      MS. CRUMILLER:  That included
18  all managers at that location for the
19  relevant period?
20      MR. ZOLDESSY:  During the time
21  period we agreed to, that was the
22  check-in data for the people who were
23  on the list.  I understand the
24  outstanding request about the
25  schedules, I'm not sure if ARCON was