**EXHIBIT B**

| | |
|---|---|
| **From:** | Robynn Europe |
| **To:** | Stephanie Herrmann |
| **Cc:** | Adam Gecht; Michael Caporusso |
| **Subject:** | Re: Statement regarding 6/4/19 |
| **Date:** | Saturday, June 8, 2019 5:00:39 PM |

Thank you Stephanie. This was all upsetting and infuriating initially, but to find out that my General Manager promised to address the situation, but instead went around me to ask the [white male] fitness manager to schedule the session anyway makes me sick.

I woke up to an email from the member this morning asking me to confirm his Monday appointment, and I did not respond. Equinox claims to stand for diversity, and it is one of the reasons I was excited to work here. Now I know that sometimes my POC staff is going to miss out on clients because they're not white, and Equinox is okay with that because money was spent. Or at least Jose and Cori were okay with that. I don't understand how any of this was allowed to happen.

Anyway, I will wait patiently, and keep you alerted to changes. Thank you again.

Robynn Europe
EQUINOX | Personal Training Manager

203 East 92nd Street
New York, NY 10128
T: 212.671.1884
EQUINOX.COM
#ItsNotFitnessItsLife

**From:** Stephanie Herrmann
**Sent:** Friday, June 7, 2019 5:50:21 PM
**To:** Robynn Europe
**Cc:** Adam Gecht; Michael Caporusso
**Subject:** RE: Statement regarding 6/4/19

Hi Robynn,

I understand that some additional concerns have come up regarding the below situation and actions that have taken place since. Please know that I am in touch with Adam and Mike regarding this situation and we are taking all necessary steps to address the involved parties accordingly.

We will need a few days to ensure we can investigate and conduct all conversations, but we are aiming to have this completed by early next week. We will let you know once we've concluded our investigation.

Please reach out if you have any additional questions or concerns.

Thanks,
Steph

CONFIDENTIAL

**STEPHANIE HERRMANN**

EQUINOX | REGIONAL DIRECTOR, PEOPLE SERVICES

895 BROADWAY
NEW YORK, NY 10003
T. 646.799.8375
EQUINOX.COM

#ItsNotFitnessItsLife

---

**From:** Stephanie Herrmann
**Sent:** Thursday, June 06, 2019 1:39 PM
**To:** Robynn Europe <Robynn.Europe@equinox.com>; Jose Taveras <jose.taveras@equinox.com>
**Cc:** Adam Gecht <adam.gecht@equinox.com>
**Subject:** RE: Statement regarding 6/4/19

Hi Robynn,

Thank you for including me on this email. I'll connect with Jose and Adam to align on how we're going to move forward and will keep you posted.

Thanks,
Steph

**STEPHANIE HERRMANN**

EQUINOX | REGIONAL DIRECTOR, PEOPLE SERVICES

895 BROADWAY
NEW YORK, NY 10003
T. 646.799.8375
EQUINOX.COM

#ItsNotFitnessItsLife

---

**From:** Robynn Europe <Robynn.Europe@equinox.com>
**Sent:** Wednesday, June 05, 2019 6:05 PM
**To:** Jose Taveras <jose.taveras@equinox.com>
**Cc:** Adam Gecht <adam.gecht@equinox.com>; Stephanie Herrmann <stephanie.herrmann@equinox.com>
**Subject:** Statement regarding 6/4/19

Jose,
As requested, here is my statement about the incident last night. I did not know if you wanted just facts, or my perception of the situation, so I have included both. This is not the first time that ignorant things have been said to or around people of color at East 92nd street, which

D000332

leads me to believe that some employees are unaware of racial insensitivity - I would be doing us all a disservice if I didn't include subjective and objective elements. I've also CC'd People Svcs on this email, because I am not sure how to interact with Cori or the member at this point, knowing neither of them saw any issue with putting me or the rest of our staff in this situation.

Thank you in advance for your sensitivity and concern, Jose. Your promise to address the matter is reassuring:

Last night at 8:26 PM, Cori Faerman called my desk. She said, "I have a member in my office who wants to meet with someone. He wants a white, male trainer. That's Michael Lantino, right?" I asked "is he describing someone in particular, or is his only requirement a white male?" Cori responded, "He just wants a white male trainer, Tier 1. Michael Lantino?"

Uncomfortable with the racist request, I said "Alex is also Tier 1, but I'm not doing this. I'm leaving and my computer is off." She pushed to ask about Michael's availability, and I said she could look herself, because I wasn't going to field the request. While it is not Cori's fault that the member made this request, I could not imagine her comfortably sharing a request that excluded Jewish people or queer people. I am upset that she saw no problem asking a manager to exclude the people of color on our staff.

About 15 minutes later, I went downstairs to leave and stopped at the desk to make sure they didn't need anything. Cori approached me with a smile on her face and the member behind her, exclaiming "OH, THIS IS OUR TRAINING MANAGER! Robynn, now you can meet the member." I asked if it was the member she just called about, and she said "yes, I just called! I wanted you to meet him!" Though her words were not aggressive, I found it offensive to first call a black, female manager to share an absolutely racist request, and to follow it up by requiring me to smile and act friendly toward this bigot for the sake of her sale. I told her Jose would handle the request in the morning, and I left.

Today before Forum, Cori approached me to apologize, stating "I hope you know that's not me. It's just that he is a paying member, so I didn't want to make it weird." Given that part of Equinox's mission is diversity, I was surprised that Cori or this company would be more concerned with the dollars a member spends, than making sure that people of color can exist in a non-hostile work environment. I do not deserve to have white coworkers ask me to put my humanity or the humanity of our staff aside for their sales.

**Robynn Europe**
EQUINOX | **Personal Training Manager**

203 East 92nd Street
New York, NY 10128

D000333

CONFIDENTIAL

T: 212.671.1884
EQUINOX.COM
#ItsNotFitnessItsLife

Please note: Equinox maintains a 24hr cancellation/rescheduling policy for all training sessions. Thank you for your understanding.

D000334