**EXHIBIT C**

# EQUINOX

## RECORD OF DISCUSSION (ROD)

**EMPLOYEE NAME:** Robynn Europe    **EMP#:** 085631    **DATE ISSUED: ENTER**

**CLUB:** E 92nd Street    **DEPT:** PT    **POSITION:** PTM

**PLEASE SELECT ONE:**

☐ **VERBAL ROD***    ☐ **WRITTEN ROD**    ☒ **FINAL ROD**
*Does not need to be signed by Employee*

**DESCRIBE REASON FOR RECORD OF DISCUSSION. UNSATISFACTORY PERFORMANCE/BEHAVIOR:**
*(BE SPECIFIC WITH DATES, TIMES, LOCATION, PARTIES INVOLVED, ETC.)*

[content redacted]

**EXPECTED PERFORMANCE/BEHAVIOR (ACTION PLAN):**

[content redacted]

Revision Date: October 2018

D000012

**CONSEQUENCES IF UNSATISFACTORY PERFORMANCE/BEHAVIOR OCCURS AGAIN:**

**EMPLOYEE COMMENTS:**
I find it a bit unfair that other employees are late, without repercussion (Chris, Raj, even Jose at times.) Employees also leave early without notice regularly, and I am the only one being reprimanded. But I understand

I ACKNOWLEDGE THAT THIS RECORD OF DISCUSSION HAS BEEN PRESENTED TO ME AND THAT I UNDERSTAND THE EXPECTED PERFORMANCE/BEHAVIOR AS DESCRIBED ABOVE.

ROBYNN EUROPE
**Employee Name (Print)**

Jose Taveras
**Supervisor (Print)**

Rob Avellan
**Witness (Print)**

Robynn Europe
**Employee Signature**     **Date**

**Supervisor Signature**     **Date**

**Witness Signature**     **Date** 6/5/19

☐ Employee Received Copy of this ROD (Only if employee Signed)
☐ Employee Refused to Sign

Depending on the circumstances, it may be appropriate to skip a step and issue a different level of discipline, up to and including termination. Equinox is an at-will employer. This means either you or Equinox can terminate your employment at any time with or without cause or notice. Nothing in this Record of Discussion changes your at-will status. Nothing in this Record of Discussion nor any statement or promise by a supervisor, manager or employee shall constitute a promise of employment for a specified period of time or constitute an employment agreement of any kind.

*this needs to improve*

Revision Date: October 2018

D000013