**EXHIBIT D**

From: **Robynn Europe** <Robynn.Europe@equinox.com>
Date: Mon, Jun 10, 2019, 4:59 PM
Subject: RE: Inappropriate Behavior
To: Stephanie Herrmann <stephanie.herrmann@equinox.com>

Thanks Stephanie. I know it seems like a lot is coming out of me right now, but I just want to make sure I am sensitive to our team and following company policies. Your help has been invaluable.

**Robynn Europe**
**EQUINOX | Personal Training Manager**

203 East 92nd Street
New York, NY 10128
T: 212.671.1884
EQUINOX.COM
#ItsNotFitnessItsLife

Please note: Equinox maintains a 24hr cancellation/rescheduling policy for all training sessions. Thank you for your understanding.

---

**From:** Stephanie Herrmann <stephanie.herrmann@equinox.com>
**Sent:** Monday, June 10, 2019 4:50 PM
**To:** Robynn Europe <Robynn.Europe@equinox.com>
**Subject:** RE: Inappropriate Behavior

Hi Robynn,

Thank you for reaching out. I let Sabrina know that we'd be looking into the situation.  I actually plan to connect with Adam shortly to discuss and determine our next steps.  I certainly want to make sure we address and resolve this as quickly as possible to minimize any additional challenging situations/ conversations.

We should know more about next steps shortly.

Thanks,

Stephanie

**STEPHANIE HERRMANN**

EQUINOX | REGIONAL DIRECTOR, PEOPLE SERVICES

895 BROADWAY

NEW YORK, NY 10003

R-RE0018

T. 646.799.8375

[EQUINOX.COM](EQUINOX.COM)

#ItsNotFitnessItsLife

---

**From:** Robynn Europe <Robynn.Europe@equinox.com>
**Sent:** Monday, June 10, 2019 4:43 PM
**To:** Stephanie Herrmann <stephanie.herrmann@equinox.com>
**Subject:** FW: Inappropriate Behavior

Stephanie, I'm not sure you were looped in on this email, but Sabrina had a 1-on-1 scheduled with Chris Maltman today, and came in early to ask if I would be present for it so she wouldn't be uncomfortable. They did not even make eye contact during the meeting. I'm a little concerned by the fact that their relationship is getting worse and worse because of these weird micro-agressions. Do you have any advice for how I can help? Or if you have time, would you mind reaching out to Sabrina?

I know you are busy, so I hate reaching out to you for every little thing, but there has been a lot of tension building at the club that seems unresolved. Sabrina comes to me about it constantly, and Raj and I have been witness to countless inappropriate racial comments. I am not certain how to best support the team.

**Robynn Europe**
**EQUINOX | Personal Training Manager**

203 East 92nd Street
New York, NY 10128
T: 212.671.1884
EQUINOX.COM
#ItsNotFitnessItsLife

Please note: Equinox maintains a 24hr cancellation/rescheduling policy for all training sessions. Thank you for your understanding.

---

**From:** Sabrina McGeary <sabrina.mcgeary@pt.equinox.com>
**Sent:** Wednesday, June 05, 2019 6:39 PM
**To:** Robynn Europe <Robynn.Europe@equinox.com>; Jose Taveras <jose.taveras@equinox.com>; Cheyenne Lemasters <cheyenne.lemasters@equinox.com>
**Subject:** Inappropriate Behavior

Hi Everyone

Today during forum I felt extremely uncomfortable and belittled after Chris Maltman made several comments to me.

Jose mentioned that June 18th is member appreciation day, someone asked what day of the week that was on and I said Tuesday right before Jose said it and Chris Maltman turned back and said "what are you autistic?"

R-RE0019

When Robynn was talking about the Team outing that is set for Saturday June 22nd, which she said Chris Maltman called out and said "Sabrina what day is it?"

While we were eating Chris Maltman also came up to me and just randomly stated "July 4th what day is that?"

This is not the first time I've felt uncomfortable with Chris as both Robynn and Raj know that last week, he came up to me at the front desk and said "Sabrina is that one of your sisters?" To the new girl Kayla. It was super awkward because I did not know her at all. It was the first time I seen her. This was on Monday May 27th around 3:50pm. I thought to myself... is it because we are both short, tan and have curly hair? Robynn approached him and he later apologized.

I just want to express how I feel in the hopes that this does not continue. This is my work place as much as it is for everyone who works here, I would hate to come to work feeling uncomfortable on a daily basis.

--

Sabrina McGeary
**EQUINOX EAST 92ND STREET | PERSONAL TRAINER**

203 East 92nd Street

New York, NY, 10128
C: 718.757.1455

_____

*It's not for everyone*: This e-mail, and any attachments hereto, is intended for use only by the addressee(s) named herein, and may contain legally privileged and/or confidential information. If you are not an intended recipient of this e-mail, you are notified that any dissemination, distribution or copying of this e-mail, and any attachments hereto, is strictly prohibited. If you have received this e-mail in error, please notify the sender by reply e-mail, and permanently delete this e-mail, and any copies or printouts.

PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS EMAIL.

R-RE0020