**EXHIBIT E**

# EQUINOX

## RECORD OF INVOLUNTARY SEPARATION

| EMPLOYEE NAME: Robynn Europe | EMP#: | DATE OF SEPARATION: 09/24/19 |
|---|---|---|
| CLUB: East 92nd Street | DEPT: Personal Training | EMPLOYEE POSITION: Personal Training Manager |
| MANAGER MAKING DECISION TO SEPARATE EMPLOYMENT: | | |

DESCRIBE REASON FOR INVOLUNTARY SEPARATION. FINAL INCIDENT RESULTING IN SEPARATION:
(BE SPECIFIC WITH DATES, TIMES, LOCATION, PARTIES INVOLVED, ETC.)

[REDACTED]

☒ ALL PREVIOUS DOCUMENTATION/ACTION PLANS PERTAINING TO THIS EMPLOYEE HAVE BEEN UPLOADED INTO EMPLOYEES' PEOPLE DOC. PERSONNEL FILE.

ADDITIONAL NOTES/COMMENTS:

*This feels biased and targetted. My general manager has been late as often as I have, and other employees have been late often, without serious repercussions. It seems as though because I often call attention to issues in the club, I am being targetted unfairly. A review of other mgrs. latenesses will reveal that there is bias here.*

Rob Avellan
**Manager (Print)**

[signature]
**Manager (Signature)**

9/24/19
**Date**

**REVIEWED BY:**

Paul Kwon
**People Services Representative (Print)**

[signature]
**People Services Representative (Signature)**

9/24/19
**Date**

ONCE COMPLETED, PLEASE UPLOAD INTO EMPLOYEE'S PERSONNEL FILE IN PEOPLE DOC.

Revision Date: October 2018

D000014