**EXHIBIT F**

**Slotnick, Gregory S. (NYC)**

| | |
|---|---|
| **From:** | Paul Kwon <Paul.Kwon@equinox.com> |
| **Sent:** | Friday, September 27, 2019 9:24 AM |
| **To:** | Adam Gecht |
| **Subject:** | RE: Follow-up |

Thanks Adam.

**PAUL KWON**
EQUINOX | AREA MANAGER, PEOPLE SERVICES

160 COLUMBUS AVENUE
NEW YORK, NY 10023
T. 917.620.1905
EQUINOX.COM

#ItsNotFitnessItsLife

**From:** Adam Gecht <adam.gecht@equinox.com>
**Sent:** Thursday, September 26, 2019 5:15 PM
**To:** Paul Kwon <Paul.Kwon@equinox.com>
**Subject:** Re: Follow-up

Yes. This was addressed and has not been an issue since.

**ADAM GECHT**
EQUINOX | REGIONAL DIRECTOR
EQUINOX.COM
#ItsNotFitnessItsLife

On Sep 26, 2019, at 4:43 PM, Paul Kwon <Paul.Kwon@equinox.com> wrote:

> Hi Adam,
>
> Are you aware of Jose's possible tardiness?
>
> Regards,
>
> **PAUL KWON**
> EQUINOX | AREA MANAGER, PEOPLE SERVICES
>
> 160 COLUMBUS AVENUE
> NEW YORK, NY 10023
> T. 917.620.1905
> EQUINOX.COM
>
> #ItsNotFitnessItsLife
>
> **From:** Röbynn Nicole <robynneurope@gmail.com>
> **Sent:** Thursday, September 26, 2019 12:28 PM

1

D000285

**To:** Paul Kwon <Paul.Kwon@equinox.com>
**Subject:** Follow-up

Hey Paul,

If you're looking for a place to start with regard to Jose's absence from the club, here is a small selection of dates from right around when I was issued the June ROD. I mentioned Jose's lateness and absences in my employee response on that ROD, and in my termination ROD. Somehow he has been allowed to retaliate but having me fired.
The time Jose was supposed to start according to the monthly management schedule, and the times he actually checked in are noted. You might also consider speaking to Raj Ahluwalia and Cheyenne Lemasters about his absence from the club:


7/15 8 am, actual check-in 859

7/14 9 am, actual check-in 914

7/13 9 am, actual check-in 955

7/12 9 am, actual check-in 928

7/8 8 am, actual check-in 841

7/4 9 am, actual check-in 936

6/25 9 am, actual check-in 941

6/24 8 am, actual check-in 911

6/22 9 am, actual check-in 947

6/18 9 am, actual check-in 920

6/19 9 am, actual check-in 943


R. Europe
646.696.4524

"The chief function of the body is to carry the brain around." -Thomas Edison