UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBYNN EUROPE,

                Plaintiff,

- against -

EQUINOX HOLDINGS, INC., ET AL.,

                Defendants.

20-cv-7787 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit courtesy copies of all pre-trial briefing, including any motions in limine, voir dire requests, requests to charge, and objections.

SO ORDERED.

Dated:    New York, New York
            February 27, 2023

                                      John G. Koeltl
                            United States District Judge