```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------

ROBYNN EUROPE,

                 Plaintiff,

    - against -

EQUINOX HOLDINGS, INC., ET AL.,

                 Defendants.

20-cv-7787 (JGK)

ORDER

-----------------------------------------

JOHN G. KOELTL, District Judge:

    For the reasons stated on the record at the teleconference held today, the parties' various motions in limine are **granted in part** and **denied in part.** Unless otherwise indicated, the Court's decisions on the motions in limine are made without prejudice to renewal of the objections at trial if an appropriate basis for the objection arises. The Clerk is directed to close ECF Nos. 127, 131, 138 and 140.

    The parties should file a Joint Pre-Trial Order by **April 14, 2023.** To accommodate schedules, the parties should be ready for trial, on 48 hours' notice, by **May 4, 2023.**

SO ORDERED.

Dated:    New York, New York
            April 5, 2023

                                         /s/ John G. Koeltl
                                         John G. Koeltl
                                    United States District Judge