UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBYNN EUROPE,

           Plaintiff,

- against -

EQUINOX HOLDINGS, INC., ET AL.,

           Defendants.

---

20-cv-7787 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The firm trial date is now confirmed as **May 9, 2023 at 9:00** a.m. in Courtroom 14A.

SO ORDERED.

Dated:    New York, New York
            April 13, 2023

                                              John G. Koeltl
                                        United States District Judge