# JacksonLewis

**Jackson Lewis P.C.**
666 Third Avenue
New York NY 10017-4021
(212) 545-4021 Direct
(212) 972-3213 Fax

jacksonlewis.com

MY EMAIL ADDRESS IS: JASON.ZOLDESSY@JACKSONLEWIS.COM

April 18, 2023

**VIA ECF**

Honorable John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

         **Re:**  **Europe v. Equinox Holdings, Inc. et al.**
            **Case No. 1:20-cv-07787 (JGK) (KHP)**

Dear Judge Koeltl:

  We represent Defendants Equinox Holdings, Inc. d/b/a Equinox Fitness Club and Equinox East 92nd Street, Inc. (collectively "Defendants") in connection with the above-referenced case.  We write to respectfully request that the Court withdraw/terminate the February 9, 2023 Notice of Appearance (ECF Docket # 126) of Tracey R. Wallace, Esq. as counsel for Defendants as Ms. Wallace is no longer working with Jackson Lewis P.C. or on this case.  Jackson Lewis P.C. (the undersigned along with Greg Riolo, Esq.) will continue to represent Defendants.

  We thank the Court for its consideration in this regard.

            Respectfully submitted,

            JACKSON LEWIS P.C.

            Jason A. Zoldessy

cc: All Counsel (Via ECF)