UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBYNN EUROPE,

                Plaintiff,

- against -

EQUINOX HOLDINGS, INC., ET AL.,

                Defendants.

20-cv-7787 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff is directed to file a copy of her medical records with the Court by **April 27, 2023**. The plaintiff should file all such records under seal.

SO ORDERED.

Dated:    New York, New York
            April 25, 2023

                                          John G. Koeltl
                                  United States District Judge