UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBYNN EUROPE,

                Plaintiff,

   - against -

EQUINOX HOLDINGS, INC., ET AL.,

                Defendants.

20-cv-7787 (JGK)

AMENDED ORDER OF REFERENCE TO A MAGISTRATE JUDGE

JOHN G. KOELTL, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Motion/Dispute:* _____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral is: _____

**x**   Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

All such motions: _____

SO ORDERED.

New York, New York
May 17, 2023

                /s/ John G. Koeltl
                John G. Koeltl
                United States District Judge

* Do not check if already referred for general pretrial.