UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROBYNN EUROPE,

                Plaintiff,              20 **CIVIL** 7787 (JGK)

   -against-                      **JUDGMENT**

EQUINOX HOLDINGS, INC., ET AL.,

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable John G. Koeltl, United States District Judge, Plaintiff Robynn Europe has judgment in the sum of $1,250,000.00, plus $16,000.00 (pursuant to stipulation) for compensatory damages and $10,000,000.00 for punitive damages as against the defendants.

DATED: New York, New York
              May 18, 2023

                                                      **RUBY J. KRAJICK**

So Ordered:                                                            **Clerk of Court**

                                                   BY:   K. mango

    U.S.D.J.                                                       **Deputy Clerk**