

# CRUMILLER P.C.

May 26, 2023

*VIA ECF*

Judge John G. Koeltl
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

    RE: *Europe v. Equinox, et al.* – Case No. 20-CV-7787 (JGK)

Dear Judge Koeltl,

    This firm represents Plaintiff Röbynn Europe in the above-captioned matter and writes with Defendants' consent to respectfully request a brief extension of time to submit Plaintiff's application for attorney's fees and costs, from June 1 to June 7, 2023. This is Plaintiff's first request for an extension of this deadline and granting such extension will not impact any other deadlines.

    We thank the Court in advance for its consideration.

Respectfully submitted,

Hilary J. Orzick

APPLICATION GRANTED
SO ORDERED
John G. Koeltl, U.S.D.J.
5/26/23