1:20-cv-07787-JGK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/2023

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of July, two thousand twenty-three.

_____

Robynn Europe,

        Plaintiff - Appellant,

v.

Equinox Holdings, Inc., DBA Equinox Fitness Club, Equinox East 92nd Street, Inc.,

        Defendants – Appellees.

_____

**ORDER**

Docket No. 23-925

Appellant moves the Court to hold this appeal in abeyance pending the district court's decision on post-trial motions.

IT IS HEREBY ORDERED that the motion to hold the appeal in abeyance is GRANTED. *See* Fed. R. App. P. 4(a)(4). Appellant is directed to inform this Court, in writing, regarding the status of the motion(s) within 14 days of the date of this order, thereafter at 30-day intervals and immediately upon final disposition of the last outstanding motion.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 07/18/2023