# JacksonLewis

Jackson Lewis P.C.
666 Third Avenue
New York NY 10017-4021
(212) 545-4021 Direct
(212) 972-3213 Fax
Jason.Zoldessy@jacksonlewis.com

jacksonlewis.com

August 15, 2023

**VIA ECF**

Honorable John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: **Europe v. Equinox Holdings, Inc. et al.**
         **Case No. 1:20-cv-07787 (JGK) (KHP)**

Dear Judge Koeltl:

  Defendants Equinox Holdings, Inc. and Equinox East 92nd Street, Inc., together with Plaintiff Robynn Europe, through their counsel, respectfully submit this letter motion, pursuant to FRCP 60(b)(5)-(6), jointly seeking an Order vacating the prior judgment entered in this action. A [Proposed] Order is submitted herewith.

  The parties are pleased to report that the pending motions for judgment as a matter of law and/or a new trial or, in the alternative, remittitur, have been resolved in this matter.

          Respectfully submitted,

          JACKSON LEWIS P.C.

          Greg Riolo
          Jason A. Zoldessy

cc: All Counsel (Via ECF)