UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBYNN EUROPE,

                        Plaintiff,

-against-

EQUINOX HOLDINGS, INC. d/b/a EQUINOX
FITNESS CLUB, EQUINOX EAST 92ND
STREET, INC., JOSE TAVERAS, *individually*,
CHRISTOPHER MALTMAN, *individually*, and
ADAM GECHT, *individually*,

                        Defendants.

Case No.: 1:20-cv-07787 (JGK) (KHP)

## STIPULATION OF DISMISSAL WITH PREJUDICE

      IT IS HEREBY STIPULATED AND AGREED by Plaintiff Robynn Europe and Defendants Equinox Holdings, Inc. and Equinox East 92nd Street, Inc., through their respective counsel, who are authorized to execute this Stipulation on behalf of their respective clients, that the action is hereby dismissed, with prejudice, and without award of any costs, disbursements, and/or attorneys' fees or costs by or to any party.

Dated: August 15, 2023

ATTORNEYS FOR PLAINTIFF

By: _____
Susan Crumiller
Hilary J. Orzick
Chloe Liederman
CRUMILLER P.C.
16 Court St, Ste 2500
Brooklyn, NY 11241
Tel: (212) 390-8480
Fax: (917) 398-1150

10

ATTORNEYS FOR DEFENDANTS

Dated: August 15, 2023

By: _____
Greg Riolo
Jason A. Zoldessy
JACKSON LEWIS P.C.
666 Third Avenue
New York, New York 10017
Tel: (212) 545-4000

11