**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ROBYNN EUROPE,

Plaintiff,

-against-

EQUINOX HOLDINGS, INC. d/b/a EQUINOX FITNESS CLUB, EQUINOX EAST 92ND STREET, INC., JOSE TAVERAS, *individually*, CHRISTOPHER MALTMAN, *individually*, and ADAM GECHT, *individually*,

Defendants.

Case No.: 1:20-cv-07787 (JGK) (KHP)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Robynn Europe and Defendants Equinox Holdings, Inc. and Equinox East 92nd Street, Inc., through their respective counsel, who are authorized to execute this Stipulation on behalf of their respective clients, that the action is hereby dismissed, with prejudice, and without award of any costs, disbursements, and/or attorneys' fees or costs by or to any party.

Dated: August 15, 2023

**ATTORNEYS FOR PLAINTIFF**

By:________________

Susan Crumiller
Hilary J. Orzick
Chloe Liederman
CRUMILLER P.C.
16 Court St, Ste 2500
Brooklyn, NY 11241
Tel: (212) 390-8480
Fax: (917) 398-1150

**ATTORNEYS FOR DEFENDANTS**

Dated: August 15, 2023

By: ______________________

Greg Riolo
Jason A. Zoldessy
JACKSON LEWIS P.C.
666 Third Avenue
New York, New York 10017
Tel: (212) 545-4000

New York, New York
August 16, 2023

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.