**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ROBYNN EUROPE,

                            Plaintiff,

      -against-

EQUINOX HOLDINGS, INC. d/b/a EQUINOX FITNESS CLUB, EQUINOX EAST 92ND STREET, INC., JOSE TAVERAS, *individually*, CHRISTOPHER MALTMAN, *individually*, and ADAM GECHT, *individually*,

                            Defendants.

Case No.: 1:20-cv-07787 (JGK) (KHP)

[~~PROPOSED~~] ORDER

**IT IS HEREBY ORDERED AND DECREED** that the Judgment, dated May 18, 2023, and entered in the above-entitled action on May 18, 2023, Docket No. 189, is hereby vacated, in its entirety, and the Clerk of the Court is hereby directed to vacate said judgment of record.

**DATED:** New York, New York
            August 16, 2023

/s/ John G. Koeltl
———————————————
**Honorable John G. Koeltl**
**U.S.D.J**