```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――――
ROBYNN EUROPE,

                    Plaintiff,
                                            20-cv-7787 (JGK)
     - against –
                                            ORDER
EQUINOX HOLDINGS, INC., ET AL.,

                    Defendants.
―――――――――――――――――――――――――――――――――
```

**JOHN G. KOELTL, District Judge:**

In view of the voluntary dismissal of this action (ECF No. 229) and the vacatur of the judgment (ECF No. 230), all pending motions are **denied as moot**.

The Clerk of Court is respectfully directed to close all pending motions.

**SO ORDERED.**

**Dated:**   **New York, New York**
            **August 17, 2023**

                                   /s/ John G. Koeltl
                                   ―――――――――――――――――――――
                                     **John G. Koeltl**
                               **United States District Judge**